No. 04M69. TURNER *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed

by petitioner denied. JUSTICE STEVENS and JUSTICE BREYER would grant the motion.